1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    STARBRIDGE ARTS, INC., a California              No. C 05-02483 WHA
      corporation,
11
                      Plaintiff,
12                                                     **ORDER FINDING CASES
                                                       NOT RELATED**
13           v.

14    CONNIE XU, an individual, SHUGUANG
      KANG, an individual, and DOES 1 through 10,
15
                      Defendants.
16    _____/

17           A notice of related cases was filed on July 22, 2005, concerning the following actions:

18    C 05-02483 WHA      *Starbridge Arts, Inc. v. Xu et al.*
19    C 05-02485 WDB      *Xu et al. v. Pan-Yu et al.*

20           The Court has evaluated the files and finds that these two actions are not related within

21    the meaning of Civil Local Rule 3-12(a).

22

23           **IT IS SO ORDERED.**

24

25    Dated:  August 1, 2005

26                                                     WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE
27

28

**United States District Court**
For the Northern District of California