1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Connie Xu and Shuguang Kang, ) | Case No. C 05-02485 MJJ |
| ) | |
| Plaintiffs, ) | |
| ) | STIPULATION ON EXTENSION |
| vs. ) | OF TIME TO SUBMIT PRETRIAL |
| ) | STATEMENT AND PROPOSED |
| ) | JURY INSTRUCTIONS; |
| Starbridge Art, Inc., Connie Pan-Yu, Jing ) | [Proposed] ORDER GRANTING |
| Jiang Ni, Xing Wei Ni, David Pan-Yu, and ) | SAME |
| Zhuo Liu, ) | |
| ) | Judge: Hon. Martin J. Jenkins |
| Defendants. ) | |
| ) | |
| ) | |

The parties to this action, by and through their respective counsels of record, hereby stipulate, and request an order on said stipulation, as follows.

1. The final Pretrial Conference in this action is scheduled for October 31, 2006 at 3:30 p.m. By the terms of the Court's Pretrial Order, the Pretrial Statement and Proposed Jury Instructions are to be submitted by twenty (20) calendar days prior to the Pretrial Conference.

2.   Counsel have conferred regarding the production of the above-named items, and agree that an extension of several days is needed to finish a Pretrial Statement and Proposed Jury Instructions.  The parties therefore request an extension of time up to and including close of business on October 16, 2006 to submit the Pretrial Statement and Proposed Jury Instructions.

Dated:  October 11, 2006                    LAW OFFICES OF PAUL L. GUMINA

                                                          /s/  Paul L. Gumina

                                                          Attorneys for Plaintiffs Connie Xue and
                                                          Shuguang Kang


Dated:  October 11, 2006                    BAUGHMAN & WANG

                                                          /s/  Trent Goulding

                                                          Attorneys for  Defendants Starbridge Art,
                                                          Inc., Connie Pan-Yu, Jing Jiang Ni, Xing
                                                          Wei Ni, and David Pan-Yu


## **ORDER**

The parties' request for an extension of time to submit a Pretrial Statement and Proposed Jury Instructions, as contained in the above stipulation, is GRANTED.

IT IS SO ORDERED.

Dated: October ___13___, 2006

                                                          _____
                                                          MARTIN J. JENKINS
                                                          United States District Court Judge