| | |
|---|---|
| 1 | Justin X. Wang, SBN 166183 |
| 2 | Steve Baughman, SBN 148958 |
|   | Trent Goulding, SBN 226245 |
| 3 | Baughman & Wang |
|   | 111 Pine Street, Suite 1350 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 576-9923 |
| 5 | Fax: (415) 576-9929 |

Attorney for Defendants
Connie Pan-Yu, Jing Jiang Ni, Xing Wei Ni,
David Yu, and Starbridge Art, Inc.

Paul L. Gumina, SBN 160110
Law Offices of Paul L. Gumina
1735 N. First Street, Suite 300
San Jose, CA 95112
Telephone: (408) 573-7480
Fax: (408) 573-7185

Attorney for Plaintiffs
Connie Xu and Shuguang Kang

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Connie Xu and Shuguang Kang, ) | Case No. C 05-02485 MJJ |
| ) | |
| Plaintiffs, ) | STIPULATION WAIVING TRIAL |
| ) | BY JURY AND EXTENDING TIME |
| vs. ) | TO SUBMIT ▋▋▋▋▋▋ D |
| ) | FINDINGS OF FACT AND |
| Starbridge Art, Inc., Connie Pan-Yu, Jing ) | CONCLUSIONS OF LAW; |
| Jiang Ni, Xing Wei Ni, David Pan-Yu, and ) | [Proposed] ORDER ON SAME |
| Zhuo Liu, ) | |
| ) | Judge: Hon. Martin J. Jenkins |
| Defendants. ) | |
| ) | |

    The parties to this action, by and through their respective counsels of record, hereby stipulate, and request an order on said stipulation, as follows.

---

Stipulation & Order Re: Waiver of Jury Trial                                  Xu, et al. v. Pan-Yu, et al. C 05-02485

1. The Complaint filed herein by Plaintiffs Connie Xu and Shuguang Kang, as well as the Answer filed by Defendants Connie Pan-Yu, Jing Jiang Ni, Xing Wei Ni, David Pan-Yu , and Starbridge Art, Inc., both contain a demand for jury trial.

2. Counsel for the above-named Plaintiffs and Defendants have conferred regarding the suitability of this action for trial by jury or by the Court, and are agreed that the parties in this matter will be best served by a nonjury trial. Pursuant to Federal Rule of Civil Procedure 39(a), therefore, the parties to this action hereby stipulate and agree to waive their right to a jury trial in this matter.

3. The final Pretrial Conference in this action is currently scheduled to be conducted on October 31, 2006. Pursuant to the stipulated waiver of jury trial contained herein, the parties request an extension of time up to and including close of business on October 19, 2006 to submit their Proposed Findings of Fact and Conclusions of Law.

Dated: October 16, 2006

LAW OFFICES OF PAUL L. GUMINA

/s/ Paul L. Gumina

Attorneys for Plaintiffs Connie Xue and Shuguang Kang

Dated: October 16, 2006

BAUGHMAN & WANG

/s/ Trent Goulding

Attorneys for Defendants Starbridge Art, Inc., Connie Pan-Yu, Jing Jiang Ni, Xing Wei Ni, and David Pan-Yu

**ORDER**

Pursuant to the written stipulation of the parties, trial by jury of this action is waived. The parties shall have until October 19, 2006 to submit their Proposed Findings of Fact and Conclusions of Law.

IT IS SO ORDERED.

Dated: October  24 , 2006

_____
MARTIN J. JENKINS
United States District Court Judge